UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YAZMIN GONZALEZ,<br><br>      Plaintiff,<br><br>v.<br><br>BURGER LAW, LLC, a Missouri Limited Liability Company and **TANPRI MEDIA & ARTS INC** aka **CONSUMER LEGAL REQUEST,** and **ELIZABETH BEAUVIL**<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§   4-23-CV-01094-RLW<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **REQUEST FOR ENTRY OF DEFAULT**

  Plaintiff, YAZMIN GONZALEZ, requests that the Clerk of Court enter Default against Defendant TANPRI MEDIA & ARTS INC aka CONSUMER LEGAL REQUEST pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

March 6, 2024,            Respectfully submitted,

                      */s/ Yazmin Gonzalez*

                      Yazmin Gonzalez
                      Plaintiff Pro Se
                      14205 Charles Pollock
                      El Paso, TX 79938
                      gonzalez18yazmin@gmail.com
                      915-820-1859

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YAZMIN GONZALEZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BURGER LAW, LLC, a Missouri Limited Liability Company and **TANPRI MEDIA & ARTS INC** aka **CONSUMER LEGAL REQUEST,** and **ELIZABETH BEAUVIL**<br><br>　　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　　4-23-CV-01094-RLW<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ENTRY OF DEFAULT

It appearing that the First Amended Complaint was filed in this case on July 26, 2023; that the summons and complaint were duly served upon the Defendant TANPRI MEDIA & ARTS INC aka CONSUMER LEGAL REQUEST on February 16, 2024, and more than 21 days have passed, and no answer or other pleading have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendant Michael Rose as provided in Rule 55(a), Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YAZMIN GONZALEZ, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>BURGER LAW, LLC, a Missouri Limited §<br>Liability Company and TANPRI MEDIA & §<br>ARTS INC aka CONSUMER LEGAL §<br>REQUEST, and ELIZABETH BEAUVIL §<br>§<br>Defendants. §<br>§ | 4-23-CV-01094-RLW |

## CERTIFICATE OF SERVICE

I herby certify that on March 6, 2024 I caused a true copy of the foregoing, PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT to be served via USPS mail to Defendant Elizabeth Beauvil at 1 Wallace, Apt 8, Valley Stream, NY 11580.

March 6, 2024,                                Respectfully submitted,

*[signature]*

Yazmin Gonzalez
Plaintiff Pro Se
14205 Charles Pollock
El Paso, TX 79938
gonzalez18yazmin@gmail.com
915-820-1859

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YAZMIN GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>BURGER LAW, LLC, a Missouri Limited Liability Company and TANPRI MEDIA & ARTS INC aka CONSUMER LEGAL REQUEST, and ELIZABETH BEAUVIL<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ 4-23-CV-01094-RLW<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Yazmin Gonzalez, declare under penalty of perjury, state as follows:

1. I am the Plaintiff, Pro Se, in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.
2. The summons and First Amended Complaint were filed on July 26, 2023 .
3. Defendant Tanpri Media & Arts Inc aka Consumer Legal Request, was served with a copy of the summons and First Amended Complaint on January 26, 2024, as reflected on the docket sheet by the proof of service on February 5, 2024.
4. An answer to the Complaint was due by Tanpri Media & Arts Inc aka Consumer Legal Request by February 16, 2024.
5. Defendant Tanpri Media & Arts Inc aka Consumer Legal Request has failed to appear, plead, or otherwise defend within the time allowed and therefore, is now in default.
6. Plaintiff requests that the clerk of court enter Default against Defendant Tanpri Media & Arts Inc aka Consumer Legal Request.

March 6, 2024,

Sworn to and subscribed before
Me this 11 day of March,
2024

_____
Notary Public
My Commission Expires: 08/26/2024

BRENDA GONZALEZ
Notary Public, State of Texas
Comm. Expires 08-26-2024
Notary ID 126639761

_____
Yazmin Gonzalez
Plaintiff, Pro-se