AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4-23-CV-01094-RLW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This SUMMONS IN A CIVIL ACTION and PLAINTFF'S FIRST AMENDED COMPLAINT for *(name of individual and title, if any)* <u>TANPRI MEDIA & ARTS INC aka CONSUMER LEGAL REQUEST</u> was received by me on *(date)* 1/22/24 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>"John Doe", refused name</u> who is designated by law to accept service of process on behalf of *(name of organization)* <u>TANPRI MEDIA & ARTS INC aka CONSUMER LEGAL REQUEST</u> on *(date)* <u>Fri, Jan 26 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>75.00</u> .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Ian Brand

*Printed name and title*

PO BOX 1729, Huntington, NY 11743

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jan 25, 2024, 10:59 am EST at 1 WALLACE CT Apt 8, , VALLEY STREAM, NY 11580
Rang doorbell twice and knocked once no answer and light are dark except for growl lights for vegetable plants downstairs and the dog in the crate that was very quiet

2) Successful Attempt: Jan 26, 2024, 5:23 pm EST at 1 WALLACE CT Apt 8, , VALLEY STREAM, NY 11580 received by John Doe . Age: 18; Ethnicity: African American; Gender: Male; Weight: 175; Height: 6'1"; Hair: Black; Other: