# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:23-CV-1094 RLW |
| BURGER LAW, LLC, et al., | ) ) |
| Defendants. | ) ) |

# ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion to participate remotely by Zoom in the Rule 16 Scheduling Conference set for Thursday, April 4, 2024, at 1:30 p.m. in Courtroom No. 10-South of the Thomas F. Eagleton United States Courthouse is **DENIED**. [ECF No. 57]

<u>Plaintiff and counsel for the defendant are required to attend the Rule 16 Scheduling Conference in person.</u>

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  26th  day of March 2024.