# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ<br><br>    Plaintiff,<br><br>v.<br><br>BURGER LAW, LLC ET AL.,<br><br>    Defendants. | No. 4:23-cv-01094-RLW |

## LIMITED ENTRY OF APPEARANCE

COMES NOW Max G. Margulis and hereby enters his **limited** entry of appearance on behalf of Plaintiff Yazmin Gonzalez, for the sole purpose of representing Plaintiff for the Rule 16 Scheduling Conference set for Thursday, April 4, 2024 at 1:30 pm in Court Room #10 South, Thomas F. Eagleton United States Court House.

   /s/ Max G. Margulis
Max G. Margulis, #24325MO
MARGULIS LAW GROUP
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P:  (636) 536-7022 - Residential
F:  (636) 536-6652 - Residential
E-Mail:  MaxMargulis@MargulisLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2024, I submitted the foregoing via this Court's CM/ECF electronic filing service, pursuant to Rule 28A(a), which served notice of the filing on the Attorney for Defendants and by email to Plaintiff Yazmin Gonzalez, gonzalez18yazmin@gmail.com.

      /s/ Max G. Margulis

1