**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| YAZMIN GONZALEZ<br><br>        Plaintiff,<br><br>    v.<br><br>BURGER LAW, LLC, a Missouri Limited Liability Company and TANPRI MEDIA & ARTS, INC. aka CONSUMER LEGAL REQUEST, and ELIZABETH BEAUVIL,<br><br>        Defendants. | No. 4:23-cv-01094-RLW |

## PLAINTIFF YAZMIN GONZALEZ DISMISSAL OF HER CLAIMS AGAINST DEFENDANT BURGER LAW, LLC WITH PREJUDICE AND DEFENDANT BURGER LAW, LLC'S DISMISSAL OF ITS COUNTERCLAIM AGAINST PLAINTIFF WITH PREJUDICE

COMES NOW Plaintiff, Yazmin Gonzalez, with consent of Defendant Burger Law, LLC, pursuant to Rule 41 (a) (1) (A) (ii) and hereby dismisses her claims against Burger Law, LLC **with prejudice**.  Each party shall bear their own attorneys' fees, costs, and expenses.  No other parties are hereby dismissed.

COMES NOW Defendant Burger Law, LLC, with consent of Plaintiff, Yazmin Gonzalez, pursuant to Rule 41 (a) (1) (A) (ii) and hereby dismisses its Counterclaim (doc. 42) against Plaintiff, Yazmin Gonzalez **with prejudice**.  Each party shall bear their own attorneys' fees, costs, and expenses.  No other parties are hereby dismissed.

**SO ORDERED:**

_____    _____

Judge Ronnie L. White                                                        DATE


/s/ Max G. Margulis                                   /s/ Gary K. Burger, Jr.
Max G. Margulis, #24325MO                    Gary K. Burger, Jr., # MO 43478
**MARGULIS LAW GROUP**                   **BURGER LAW, LLC**,
28 Old Belle Monte Rd.                              500 N. Broadway, Suite 1860
Chesterfield, MO 63017                             St. Louis, Missouri 63102
P:  (636) 536-7022 - Residential               P: (314) 542-2222
F:  (636) 536-6652 - Residential               F: (314) 542-2229
E-Mail:  MaxMargulis@MargulisLaw.com    Email: gary@burgerlaw.com
*Attorney for Plaintiff*                                  *Attorney for Defendant Burger Law, LLC*


## CERTIFICATE OF SERVICE

 I hereby certify that on the 6th day of June, 2024, I submitted the foregoing via this Court's CM/ECF electronic filing service, pursuant to Rule 28A(a), which served notice of the filing on the Attorney for Defendant Burger Law, LLC Gary K. Burger, Jr. # MO 43478, BURGER LAW, LLC, 500 N. Broadway, Suite 1860, St. Louis, Missouri 63102, P: (314) 542-2222, F: (314) 542-2229, Email: gary@burgerlaw.com.

/s/ Max G. Margulis