## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YAZMIN GONZALEZ, ) | |
| ) | Case No. 4:23-cv-01094-RLW |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BURGER LAW, LLC, a Missouri Limited) | |
| Liability Company, et al ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT BURGER LAW, LLC's DISMISSAL

COMES NOW, Defendant Burger Law, LLC, by and through their undersigned counsel and hereby dismisses their Crossclaims against Cross-Defendant Tanpri Media &Arts Inc. and Cross-Defendant Elizabeth Beauvil **with prejudice**

BURGER LAW, LLC

*/s/ Gary K Burger*
Gary K. Burger, Jr., #43478
500 N. Broadway, Suite 1860
St. Louis, MO 63102
(314) 542-2222
gary@burgerlaw.com
***Attorneys for Defendant Burger Law***

## CERTIFICATE OF SERVICE

This is to certify that on 10th day of June, 2024 the following was served upon all parties and/or counsel of record pursuant to the Federal Rules of Civil Procedure as reflected below:

Max G. Margulis
MARGULIS LAW GROUP
maxmargulis@margulislaw.com
Attorney for Plaintiff

*/s/ Gary K. Burger*